No. D–955.   IN RE DISBARMENT OF BRUCE.   Motion to further defer denied.   Disbarment entered.   [For earlier order herein, see 498 U. S. 1010.]

No. D–990.   IN RE DISBARMENT OF MILLER.   Disbarment entered.   [For earlier order herein, see 499 U. S. 945.]

No. D–997.   IN RE DISBARMENT OF ALEXANDER.   Due to mistaken identity, the order entered May 20, 1991 [500 U. S. 931], suspending James Richard Alexander, of Dallas, Tex., from the practice of law in this Court is vacated, and the rule to show cause issued on that date is discharged.

No. D–1005.   IN RE DISBARMENT OF KELLY.   It is ordered that Richard Kelly, of Stevensville, Mont., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1006.   IN RE DISBARMENT OF SNEED.   It is ordered that Thuryo A. Sneed, of Dallas, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1007.   IN RE DISBARMENT OF RIVERS.   It is ordered that Robert Rivers, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1008.   IN RE DISBARMENT OF TOBIAS.   It is ordered that Robert P. Tobias, of Dallas, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1009.   IN RE DISBARMENT OF FRANKLIN.   It is ordered that Gary B. Franklin, of Copiague, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 89–1629.   SALVE REGINA COLLEGE v. RUSSELL, 499 U. S. 225.   Motion of respondent to retax costs denied.